| UNITED STATES BANKRUPTCY COURT | December 15, 2025 |
|---|---|
| EASTERN DISTRICT OF NEW YORK | 10:00 A.M. |

=================================X

| IN RE: | Case No. 125-42826-ESS |
|---|---|
| JOZETTE CARTER-WILLIAMS, | Hon. ELIZABETH S. STONG |
| | **NOTICE OF MOTION** |
| Debtor. | |

=================================X

PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee will move this court before the Hon. Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at 271 Cadman Plaza East, Brooklyn, New York Courtroom 3585, on December 15, 2025 at 10:00 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

**Unless the Court orders otherwise, the hearing on this Motion to Dismiss application will be held remotely by video and an in-person appearance at the Courthouse will not be required.**

To appear remotely, please register your appearance at least two business days before the hearing. Dial-in instructions will be provided prior to the hearing. The web link for registering for a court hearing appearance is https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl and instructions are posted on the Court's website at https://www.nyeb.uscourts.gov/node/2126 **In the event that you are not able to register online**, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.

Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date: Jericho, New York
November 24, 2025

/s/ Krista M. Preuss
KRISTA M. PREUSS, TRUSTEE
100 JERICHO QUADRANGLE, STE 127
JERICHO, NY 11753
(516) 622-1340

```
UNITED STATES BANKRUPTCY COURT           December 15, 2025
EASTERN DISTRICT OF NEW YORK             10:00 A.M.
=================================X
IN RE:                                   Case No: 125-42826-ESS

JOZETTE CARTER-WILLIAMS,                 Hon. ELIZABETH S. STONG
```

**APPLICATION**

                Debtor.
=================================X

TO THE HONORABLE ELIZABETH S. STONG U.S. BANKRUPTCY JUDGE:

      Hanin R. Shadood, staff attorney to Krista M. Preuss, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on June 11, 2025, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

2. The Trustee objects to confirmation because the Debtor's budget, Schedules I and J, reflects a negative net monthly income, demonstrating that the Debtor will not be able to make any payments under a plan, if one were filed, as required by 11 U.S.C. §1325(a)(6).

3. The Debtor has failed to:

   a. commence making Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326(a)(1); and

   b. timely commence, within thirty days of the order for relief, and stay current with pre-confirmation Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326(a)(1); and

   c. file a Chapter 13 Plan, pursuant to by 11 U.S.C §1321 and Fed. R. Bankr. P. 3015(b); and

   d. provide the Trustee with a copy of a federal income tax return or transcript for the most recent year, 7 days before first meeting of creditors pursuant to 11 U.S.C. §521(e)(2)(A)(i); and

   e. file and provide the Trustee with a copy of an affidavit by the Debtor stating the Debtor has paid all amounts that are required to be paid under a domestic support obligation or that the Debtor has no domestic support obligations as required by E.D.N.Y. LBR 2003-1(b)(ii) and (c); and

   f. file and provide the Trustee with a copy of affidavit from the Debtor stating whether the Debtor has filed all applicable federal, state and local tax returns under the Bankruptcy Code Section 1308 as required by E.D.N.Y. LBR 2003-1(b)(iii) and (c); and

   g. provide and file copies of affidavits of contribution and copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition, by each person contributing to the proposed plan or to payment of expenses of the debtor's household as required by E.D.N.Y. LBR 2003-1(a)(ii) and (c); and

   h. appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343.

4. A delay has occurred that is prejudicial to the rights of creditors. The case must be dismissed under 11 U.S.C. § 1307(c)(1) and (c)(5).

5. Each of the foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case, and such other and further relief as may seem just and proper.

Dated: Jericho, New York
November 24, 2025

*s/Hanin R. Shadood*
Hanin R. Shadood, Staff Attorney
Chapter 13 Trustee Krista M. Preuss

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X   Case No: 125-42826-ESS

IN RE:

CERTIFICATE OF SERVICE

   JOZETTE CARTER-WILLIAMS,

                              Debtor.

-----------------------------------------------------------X

      I, Hanin R. Shadood, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

JOZETTE CARTER-WILLIAMS
154 PELTON AVE
STATEN ISLAND, NY 10310

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Notice by electronic transmission generated by the ECF system to the following person/entities pursuant to Bankruptcy Rule 9036:

Fay Servicing, LLC c/o Friedman Vartolo, LLP, bkecf@friedmanvartolo.com

Transmission times for electronic delivery are Eastern Time zone.

This November 24, 2025


s/Hanin R. Shadood
Hanin R. Shadood, Staff Attorney
Office of the Standing Chapter 13 Trustee
Krista M. Preuss
100 Jericho Quadrangle; Ste 127
Jericho, NY 11753
(516) 622-1340

CASE NO: 125-42826-ESS
Hon. ELIZABETH S. STONG

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
======================================================================
IN RE:

JOZETTE CARTER-WILLIAMS,


               Debtor.
======================================================================

NOTICE OF MOTION AND APPLICATION TO DISMISS CASE

======================================================================










KRISTA M. PREUSS, TRUSTEE
100 JERICHO QUADRANGLE, STE 127
JERICHO, NY 11753
(516) 622-1340