# Exhibit "B"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                        :   Case No. 25-42826-ess

Jozette Carter-Williams,      :   Chapter 13

                Debtor.

--------------------------------------------------------X

RELIEF FROM STAY – REAL ESTATE AND COOPERATIVE APARTMENTS

## BACKGROUND INFORMATION

1. ADDRESS OF REAL PROPERTY OR COOPERATIVE APARTMENT:
154 Pelton Avenue, Staten Island, NY 10310

2. LENDER NAME: U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust

3. MORTGAGE DATE: November 17, 2006

4. POST-PETITION PAYMENT ADDRESS:
Fay Servicing, LLC
P.O. Box 814609
Dallas, TX 75381-4609

## DEBT AND VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR TO MOVANT AS OF THE MOTION FILING DATE: $1,008,256.03 (as of 11/25/25)
*(THIS MAY NOT BE RELIED UPON AS A "PAYOFF" QUOTATION.)*

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT AS OF THE MOTION FILING DATE: $800,000.00

7. SOURCE OF ESTIMATED MARKET VALUE: Exterior BPO (as of 4/28/25)

**STATUS OF THE DEBT AS OF THE PETITION DATE**

8. DEBTOR(S)'S INDEBTEDNESS TO MOVANT AS OF THE PETITION DATE:

   A. TOTAL: $1,008,256.03 (as of 11/25/25)

   B. PRINCIPAL: $813,403.90

   C. INTEREST: $96,488.64

   D. ESCROW (TAXES AND INSURANCE): $54,772.97

   E. FORCED PLACED INSURANCE EXPENDED BY MOVANT: $0.00

   F. PRE-PETITION ATTORNEYS' FEES CHARGED TO DEBTOR: $0.00

   G. PRE-PETITION LATE FEES CHARGED TO DEBTOR: $0.00

9. CONTRACT INTEREST RATE: 3.75000%
   *(IF THE INTEREST RATE HAS CHANGED, LIST THE RATE(S) AND DATE(S) THAT EACH RATE WAS IN EFFECT ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE:____.)*

10. OTHER PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S ACCOUNT AND NOT LISTED ABOVE:
    Recoverable expenses: $43,590.52

*(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: ____.)*

**AMOUNT OF POST-PETITION DEFAULT AS OF THE MOTION FILING DATE**

11. DATE OF RECEIPT OF LAST PAYMENT: the last payment received was applied to the 06/22/2021 payments

12. NUMBER OF PAYMENTS DUE FROM PETITION DATE TO MOTION FILING DATE: SIX (6) POST-PETITION PAYMENTS.

13. POST-PETITION PAYMENTS IN DEFAULT:

| PAYMENT DUE DATE | AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED |
|---|---|---|---|---|---|---|
| Loan contractually due for 7/22/21 payment | | | | | | |
| TOTAL: | | | | | | |

14. OTHER POST-PETITION FEES CHARGED TO DEBTOR:

   A. TOTAL: $1,549.00____

   B. ATTORNEYS' FEES IN CONNECTION WITH THIS MOTION:   $1,350.00

   C. FILING FEE IN CONNECTION WITH THIS MOTION:   $ 199.00____

   D. OTHER POST-PETITION ATTORNEYS' FEES:   $0.00__

   E. POST-PETITION INSPECTION FEES: $0.00__

   F. POST-PETITION APPRAISAL/BROKER'S PRICE OPINION FEES $0.00__

   G. FORCED PLACED INSURANCE EXPENDED BY MOVANT:   $0.00__

15. AMOUNT HELD IN SUSPENSE BY MOVANT:  $0.00__

16. OTHER POST-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S ACCOUNT AND NOT LISTED ABOVE:

(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE:_____.)

**REQUIRED ATTACHMENTS TO MOTION**

PLEASE ATTACH THE FOLLOWING DOCUMENTS TO THIS MOTION AND INDICATE THE EXHIBIT NUMBER ASSOCIATED WITH EACH DOCUMENT.

(1) COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S INTEREST IN THE SUBJECT PROPERTY. FOR PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE PROMISSORY NOTE OR OTHER DEBT INSTRUMENT TOGETHER WITH A COMPLETE AND LEGIBLE COPY OF THE MORTGAGE AND ANY ASSIGNMENTS IN THE CHAIN FROM THE ORIGINAL MORTGAGEE TO THE CURRENT MOVING PARTY. (EXHIBIT A .)

(2) COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S STANDING TO BRING THIS MOTION. (EXHIBIT A .)

(3) COPIES OF DOCUMENTS THAT ESTABLISH THAT MOVANT'S INTEREST IN THE REAL PROPERTY OR COOPERATIVE APARTMENT WAS PERFECTED. FOR THE PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE FINANCING STATEMENT (UCC-1) FILED WITH THE CLERK'S OFFICE OR THE REGISTER OF THE COUNTY IN WHICH THE PROPERTY OR COOPERATIVE APARTMENT IS LOCATED. (EXHIBIT A .)

### DECLARATION AS TO BUSINESS RECORDS

I, Kimberly N. Wright, THE Assistant Vice President-Bankruptcy OF FAY SERVICING, LLC AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS FORM AND ANY EXHIBITS ATTACHED HERETO (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS; THAT THE RECORDS WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND THAT THE RECORDS WERE MADE IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER DECLARE THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE, ARE TRUE AND CORRECT COPIES OF THE ORIGINAL DOCUMENTS.

EXECUTED AT Farmers Branch, TX
ON THIS 18th DAY OF December, 2025

NAME: Kimberly N. Wright
TITLE: Assistant Vice President, Bankruptcy
MOVANT: Fay Servicing, LLC

P.O. Box 814609
Dallas, TX 75381-4609

## DECLARATION

I, ___Kimberly N. Wright___, THE _Assistant Vice President- Bankruptcy_ OF FAY SERVICING, LLC AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT _Farmers Branch, TX_
ON THIS 18th DAY OF _December_, 2025

NAME Kimberly N. Wright
Title: Assistant Vice President, Bankruptcy
MOVANT: Fay Servicing, LLC
P.O. Box 814609
Dallas, TX 75381-4609