UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
  IN RE:                                                 : CASE NO.: 25-42826-ess
                                                                  :
                                                                  : CHAPTER: 13
  Jozette Carter-Williams,                               :
                                                                  : HON. JUDGE:
                                                                  : Elizabeth S. Stong
  Debtor.                                                :
                                                                  :
                                                                  :
------------------------------------------------------------------X

## ORDER MODIFYING THE AUTOMATIC STAY

Upon the motion, dated December __, 2025, (the "Motion", dkt. no. __), of Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust (with any subsequent successor or assign, the "Movant"), for an order, pursuant to 11 U.S.C. § 362 (d)(1); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 154 Pelton Avenue, Staten Island, NY 10310 ("Property"); and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on February __, 2026 at which the Movant appeared and was heard, and at which the Debtor did not appear, and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is hereby modified under section 362(d)(1) of the Bankruptcy Code as to the Movant's interest in the Property to allow the Movant to pursue its rights under applicable law with respect to the Property; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 trustee any surplus monies realized by any sale of the Property.