UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    IN RE:                                                           CASE NO.: 25-42826-ess

                                                                 CHAPTER: 13

    Jozette Carter-Williams,

                                                                  HON. JUDGE:
                                                                   Elizabeth S. Stong

    Debtor.

------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Michael Rozea, Esq, certify that on December 19, 2025 I caused to be served a true copy of the annexed **MOTION FOR RELIEF FROM STAY AND SUPPORTING PAPERS, AND PROPOSED ORDER** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                                  By: /s/ Michael Rozea_____
                                                                  Michael Rozea, Esq.
                                                                  FRIEDMAN VARTOLO LLP
                                                                  Attorneys for Movant
                                                                  1325 Franklin Avenue, Suite 160
                                                                  Garden City, NY 11530
                                                                  T: (212) 471-5100
                                                                  F: (212) 471-5150

# SERVICE LIST

Jozette Carter-Williams
154 Pelton Ave
Staten Island, NY 10310
**Bankruptcy Pro-Se Debtor**

Krista M. Preuss
100 Jericho Quadrangle, Suite 127
Jericho, NY 11753
**Bankruptcy Trustee**

United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408
**United States Trustee**